

**Stern&Eisenberg | PC**

1581 Main Street
Suite 200
Warrington, PA 18976
Office: (215) 572-8111
Facsimile:  (215) 572-5025

*www.sterneisenberg.com*
*Direct Dial (267) 620-2130*
*Ebarenbaum@sterneisenberg.com*

April 26, 2018

The Honorable Renée Marie Bumb, U.S.D.J.
Mitchell H. Cohen & U.S. Courthouse
44th and Cooper Street – Courtroom 3D
Camden, NJ 08101

> **Re:**   ***Sandra Lopez v. Stern & Eisenberg, P.C., et al.*, No.: 1:18-cv-02136-RMB**

Dear Judge Bumb:

    We represent Defendants Stern & Eisenberg, P.C. ("***S&E***") and Rushmore Loan
Management Service, LLC ("***Rushmore***").  Defendants filed a Motion to Dismiss [Dkt No.
10], to which Plaintiff filed an Amended Complaint [Dkt No. 11].  On April 19, 2018, the
Court entered an Order [Dkt No. 12] directing Defendants "to advise the Court whether they
wish to withdraw the Motion to Dismiss, supplement the Motion, or stand on the papers
previously filed."  In this regard, Defendants stand on the papers previously filed.

                                    Respectfully submitted,

                                    /s/Evan Barenbaum


cc:    Sandra Lopaz